381 A.2d 903

Commonwealth ex rel. Marlatt, Appellant, v. Marlatt.

Argued September 20, 1977. Donald B. Corriere, with him Wesley M. Wasylik, for appellant; John Molnar, with him Cassebaum & McFall, for appellee.

Order affirmed.